# IN THE COURT OF APPEALS OF IOWA

No. 18-1773
Filed March 6, 2019

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**MARK MCMAHON,**
        Defendant-Appellant.
_____


Appeal from the Iowa District Court for Boone County, Stephen A. Owen, District Associate Judge.


Mark McMahon appeals following his guilty plea to failure to comply with sex offender registry requirements, first offense. **AFFIRMED.**


Ashley M. Sparks of Cooper, Goedicke, Reimer & Reese, P.C., West Des Moines, for appellant.

Thomas J. Miller, Attorney General, and Bridget A. Chambers, Assistant Attorney General, for appellee.


Considered by Vogel, C.J., Vaitheswaran, J., and Blane, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2019).

**VAITHESWARAN, Judge.**

The State charged Mark McMahon with failure to comply with sex offender registry requirements, first offense, an aggravated misdemeanor. McMahon entered a written plea of guilty to the charge. The district court accepted the plea by order. The court later adjudged him guilty and imposed a prison term not exceeding two years.

One day after sentence was imposed McMahon's attorney moved to withdraw on the ground McMahon was dissatisfied with his service. McMahon signed the motion and, next to his signature, wrote "did not understand the plea deal offered." He later filed a notice of appeal.

On appeal, McMahon argues his attorney was ineffective in failing to file a motion in arrest of judgment on the ground that his plea "was not intelligently and voluntarily made." We find the record inadequate to resolve the claim. Accordingly, we preserve it for postconviction relief. *See State v. McNeal*, 867 N.W.2d 91, 105 (Iowa 2015).

**AFFIRMED.**